**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

IN RE:    Charles Ernest Helmick                                             **ORDER**
          Marcese Elline Helmick
              *Debtors*                                                      Case No. 09-50244

AMANDA GOMEZ-PANAMA                                                          Adversary No. 09-05017
              *Plaintiff*
v.
DUPONT COMMUNITY CREDIT UNION
              *Defendant*

THIS CAUSE came to be on Debtor's Motion to voluntarily dismiss the captioned adversary proceeding which was filed in error; and was argued.

UPON CONSIDERATION, it appearing proper to the Court, it is accordingly ORDERED that the adversary proceeding only, Adversary no 09-05017, shall be and is hereby dismissed.

Enter this 9th day of June, 2009.

/s/ Ross W. Krumm
JUDGE

I ASK FOR THIS:

/s/ Roland S. Carlton, Jr.
Roland S. Carlton, Jr.
Counsel for Debtor